Ray BROOM, alias C. E. Gill, etc., Appellant, v. UNITED STATES of America.

No. 9220.

Circuit Court of Appeals, Eighth Circuit.

May 29, 1931.

Fred Coon and Joseph W. McQueen, both of Kansas City, Mo., for appellant.

William L. Vandeventer, U. S. Atty., and Chet A. Keyes, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, per stipulation of parties.

Charles BROWN et al. v. UNITED STATES of America.

No. 470.

Circuit Court of Appeals, Tenth Circuit.

April 18, 1931.

Dawes & Kyle, of Muskogee, Okl., for appellants.

W. F. Rampendahl, U. S. Atty., of Muskogee, Okl.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed April 18, 1931, for failure diligently to prosecute.

Josefa CALDERON, as Administratrix of the Estate of Louis Calderon, alias Manuel Rojas, Deceased, Plaintiff-Appellant, v. UNITED FRUIT COMPANY, Defendant-Appellee.

No. 383.

Circuit Court of Appeals, Second Circuit.

June 1, 1931.

Lucien V. Axtell, of New York City, for appellant.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (M. L. Fearey and G. H. Merritt, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Frank CARELLA et al., Appellants, v. FRANKLIN FIRE INSURANCE CO.

No. 9213.

Circuit Court of Appeals, Eighth Circuit.

May 13, 1931.

Friedberg & Rich, of Kansas City, Mo., for appellants.

William S. Hogsett, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed per stipulation of parties; clerk's fees to be paid by appellee.

Tony CASTRO, Appellant, v. UNITED STATES of America.

No. 9082.

Circuit Court of Appeals, Eighth Circuit.

May 26, 1931.

Raymond T. Coffey and J. R. Lones, both of Omaha, Neb., for appellant.

Charles E. Sandall, U. S. Atty., of Omaha, Neb.

PER CURIAM.

Appeal dismissed without costs to either party in this court, on motion of appellee.